UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILMA PEREZ; and DAVID
HALDEMAN,

    Plaintiffs,

v.                    Case No. 6:18-cv-1172-Orl-37TBS

FCA US, LLC.,

    Defendant.
_____

## ORDER

On February 13, 2019, the Court held a hearing on Defendant's motion to dismiss (Doc. 25 ("**Motion**")). (Doc. 35 ("**Hearing**").) Having considered the parties' filings and oral arguments, the Court pronounced its ruling at the Hearing, finding that the Motion is due to be granted and the third amended complaint dismissed with prejudice because: (1) the claims for breach of the warranty manual's express and implied warranties are time barred; (2) Plaintiffs' did not allege a sufficient factual basis to establish a warranty based on Defendant's advertising and marketing materials; (3) Plaintiffs' failed to demonstrate unconscionability; and (4) the Florida Deceptive and Unfair Trade Practices Act claim is time barred and Plaintiffs' third amended complaint fails to meet the Rule 9(b) heightened pleading standard necessary to establish fraudulent concealment and toll the statute of limitations. This Order memorializes the Court's oral pronouncement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Defendant FCA US, LLC's Motion to Dismiss the Third Amended

Complaint and Incorporated Memorandum of Law (Doc. 25) is **GRANTED**.

2. Plaintiffs' Third Amended Class Action Complaint for Damages (Doc. 22) is **DISMISSED WITH PREJUDICE**.

3. The Clerk is **DIRECTED** to **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 13, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record